IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JB&B CAPITAL, LLC<br><br>　　Plaintiff,<br><br>　　　v.<br><br>SF CONTRACTING, LLC, ET AL.,<br><br>　　Defendant. | Case No. 22-mc-00001-JPG |

## MEMORANDUM AND ORDER

Plaintiff filed a Motion for Contempt, Motion to Compel (defendant Shannon Burnett's presence at a deposition), and Motion for (its) Costs. Defendant Shannon Burnett has failed to respond and the time for doing so has passed.

Shannon Burnett is **ORDERED** to appear in person before the Court in Benton, IL on January 10, 2023 at 10:00 a.m. to **SHOW CAUSE** why Shannon Burnett should not be held in contempt of court and/or sanctioned for failing to obey the Court's September 2, 2022 Order to appear at a citation discovery hearing. **DEFENDANT'S FAILURE TO APPEAR** on January 10, 2023 at 10:00 a.m. in Benton, IL **MAY RESULT IN A BODY ATTACHMENT.**

Additionally, at this time Shannon Burnett shall be required and is **ORDERED** to appear for an asset discovery deposition on February 1, 2022, at 9:00 a.m., central standard time, at the Williamson County Courthouse Annex, 407 North Monroe, 2nd Floor, Board Room, Marion, Illinois.

**IT IS FURTHER ORDERED AND ADJUDGED**, Shannon Burnett is hereby ordered to pay Plaintiff's reasonable attorney's fees and costs expended in making this Motion in the

amount of $500.  The Clerk of Court is **DIRECTED** to send a copy of this Order to Shannon Burnett; C/O Rural Route 1030 Hamburg Rd; Raleigh, IL 62977.

**IT IS SO ORDERED.**
**Dated: December 15, 2022**

                                            **/s/  J. Phil Gilbert**
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**