IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JB&B CAPITAL, LLC

    Plaintiff,

       v.

SF CONTRACTING, LLC, ET AL.,

    Defendant.

Case No. 22-cv-00001-JPG

## MEMORANDUM AND ORDER

This case is before this Court to collect upon a judgment obtained in Tennessee against the SF Contracting, LLC, SF Transporting LLC, Charles Slykhuis, and Shannon Burnett. On June 13, 2022, Plaintiff JB&B Capital ("Plaintiff") served Defendant Shannon Burnett ("Burnett") on behalf of SF Contracting, LLC and SF Transporting, LLC. Burnett was served with the subpoena on January 18, 2022, by Saline County Sheriff's Department. The deposition was scheduled for June 29, 2022, at the Williamson County Courthouse. Burnett failed to appear at the deposition. Plaintiff filed a Motion to Compel based upon Burnett's failure to appear for this duly noticed deposition. (Doc. 29).

On September 2, 2022, the Court granted the Motion to Compel and ordered Burnett to appear for an asset discovery deposition on November 9, 2022 at 10:00 a.m. at the Williamson County Courthouse. (Doc. 31). Burnett failed to appear on November 9, 2022, as ordered by this Court.

On December 15, 2022, this Court ordered Burnett to show cause as to why this Court should not hold Burnett in contempt of court or sanctioned for failing to obey the Court's September 2, 2022 Order to appear at a citation discovery hearing. (Doc. 34). The show cause

hearing was held on January 10, 2022 at the U.S. District Court for the Southern District of Illinois, in Benton, IL. The Court warned Burnett in the order to show cause that if he failed to appear on January 10, 2022, at 10:00 a.m., the Court may issue a body attachment (Doc. 34). Additionally, the Court ordered Shannon Burnett to pay $500 in reasonably attorney's fees and costs in making the motion to compel. *Id*.

Burnett has failed to appear. IT IS HEREBY ORDERED that Plaintiff's Motion for Contempt, Motion to Compel, and Motion for Costs is GRANTED (Doc. 33). Shannon Burnett is found to be in contempt of the Memorandum and Order entered September 2, 2022 and December 15, 2022 (Docs. 31, 34).

The Court therefore **DIRECTS** the Clerk of the Court to issue an Amended Writ of Body Attachment and deliver it to the U.S. Marshal. The Writ will authorize Burnett's arrest and require him to be brought before this Court to show cause why he should not be held in contempt. **IT IS FURTHER ORDERED** that bond shall be set in the amount of $5,000 with no ten percent to apply.

**IT IS SO ORDERED.**
**DATED: January 10, 2023**

/s/ J. Phil Gilbert
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**
